H. M. Lubliner et al., on appeal of Erie Amusement Company, appellant, v. Frank R. Gaston, appellee.   Gen. No. 30,981.

Forcible detainer.   Judgment for defendant.   Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1926.   Reversed and remanded with directions.   Opinion filed December 29, 1926.

Hall, Spitz & Rooks, for H. M. Lubliner and Joseph Trinz; Edward Blackman, of counsel.   No appearance for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

Joseph S. Marrone, appellee, v. Chicago & West Towns Railway Company, appellant.   Gen. No. 30,990.

Action for personal injuries from street car running into plaintiff's automobile.   Judgment for plaintiff.   Appeal from the Circuit Court of Cook county; the Hon. John A. Swanson, Judge, presiding.   Heard in the third division of this court for the first district at the March term, 1926.   Affirmed.   Opinion filed December 29, 1926.

Willard M. McEwen and Berthold L. Goldberg, for appellant. Charles C. Spencer and Louis Zimmerman, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

The Tribune Company, appellee, v. Emery Motor Livery Company, appellant.   Gen. No. 31,030.

Action by employer under Workmen's Compensation Law for payment made injured employee, against third party causing injury. Judgment for defendant.   Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding.   Heard in the third division of this court for the first district at the March term, 1926.   Reversed and remanded with directions.   Opinion filed December 29, 1926.

George A. Schneider, for appellant.   Charles E. Green, Anson H. Brown and Lawrence A. Rice, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Charles W. Gillett, plaintiff in error.   Gen. No. 30,830.

Prosecution for sale of securities without complying with Blue Sky Law.   Judgment of conviction.   See 243 Ill. App. 41.   Error to the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding.   Heard in the third division of this court for the first district at the March term, 1926.   Reversed and remanded.   Opinion filed December 29, 1926.

Brundage, Landon, Holt & Boord and William Friedman, for plaintiff in error; Floyd E. Britton, of counsel.   Robert E. Crowe, State's Attorney, for defendant in error; Edward H. Taylor, Edward E. Wilson and Mortimer C. Grover, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.